UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SOUTH SHORE MENTAL HEALTH CENTER, INC., WOMEN'S DEVELOPMENT CORP., and H. REED COSPER, in his capacity as MENTAL HEALTH ADVOCATE FOR THE STATE OF RHODE ISLAND,

*Plaintiffs,*

vs.

THE TOWN OF HOPKINTON; VINCENZO CORDONE, individually and in his capacity as President of the Hopkinton Town Council; BEVERLY KENNEY, individually and in her capacity as Vice President of the Hopkinton Town Council; THOMAS E. BUCK, individually and in his capacity as a Member of the Hopkinton Town Council; SYLVIA K. THOMPSON, individually and in her capacity as a Member of the Hopkinton Town Council; and BARBARA A. CAPALBO, individually and in her capacity as a Member of the Hopkinton Town Council.

*Defendants.*

CA 07 454ML

*{ R.I. Superior Court C.A. No WC07-741 }*

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants—The Town of Hopkinton, Vincenzo Cordone, Beverly Kenney, Thomas E. Buck, Sylvia K. Thompson and Barbara A. Capalbo ("defendants")—are defendants in a civil action filed in the Washington County Superior Court entitled, *WDC, et al. vs. Town of Hopkinton, et al., C.A. No. WC07-741.* Attached to this petition is a complete and certified copy

of the record from the Washington County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about November 15, 2007.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
The Town of Hopkinton, Vincenzo Cordone, Beverly Kenney, Thomas E. Buck, Sylvia K. Thompson and Barbara A. Capalbo,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

and,

Patricia A. Buckley, Esq. (#2987)
Carroll Kelly & Murphy
400 Turks Head Building
Providence, RI 02903
(401) 331-7272
pbuckley@ckmlaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on December 10th, 2007, to:

Douglas J. Emanuel #5176
Chace, Ruttenberg & Freeman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
demanuel@crfllp.com

Laura Souza