STATE OF RHODE ISLAND SUPERIOR COURT
WASHINGTON COUNTY

SOUTH SHORE MENTAL HEALTH CENTER, INC., :
WOMEN'S DEVELOPMENT CORP., :
And H. REED COSPER, in his capacity as :
MENTAL HEALTH ADVOCATE FOR THE :
STATE OF RHODE ISLAND :
:
V. : NO. WC-2007-741
:
THE TOWN OF HOPKINTON, et al. :

STIPULATION

It is agreed by the parties that the Defendants may have up to and including January 4, 2008 within which to respond to the plaintiff's complaint.

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.
07 DEC -3 PM 12:40

Plaintiffs
By Its Attorney

DOUGLAS J. EMANUEL #5176
CHACE, RUTTENBERG & FREEDMAN,LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400

Defendants
By Their Attorney

PATRICIA A. BUCKLEY #2987
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

Dated: November 26, 2007

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island