# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT
## CIVIL DOCKET SHEET

Case ID: WC-2007-0741 SOUTH SHORE MENTAL HEALTH CTR V TOWN OF HOPKINTON

Filing Date: 11-09-2007 Case Type: WRIT OF MANDAMUS
Case Status: UNASSIGNED Status Date: 11-09-2007

Plaintiff: SOUTHSHORE MENTAL HEALTHCENTER IN Attorney: DOUGLAS EMANUEL
ID: @10266660
Plaintiff: WOMEN'S DEVELOPMENT CORP. Attorney: DOUGLAS EMANUEL
ID: @10673820
Plaintiff: H REED COSPER Attorney: DOUGLAS EMANUEL
ID: @10941780
Defendant: TOWN OF HOPKINTON
ID: HOPKINTON
Defendant: VINCENZO CORDONE
ID: @10941781
Defendant: BEVERLY KENNEY
ID: @10941782
Defendant: THOMAS BUCK
ID: @10941783
Defendant: SYLVIA THOMPSON
ID: @10941784
Defendant: BARBARA CAPALBO
ID: @10941785

True Copy Attest
C. R. Chmf
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-09-2007 | COMPLAINT FILED | |
| 11-09-2007 | INITIAL FILING FEE | |
| 11-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW36623. |
| 11-23-2007 | PROOF OF SERVICE FILED | |
| 12-03-2007 | STIPULA FILED,EXTEN OF TIME | DEFTS HAVE UNTIL 1/4/08 TO ANSWER |