UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SOUTH SHORE MENTAL HEALTH CENTER, INC., WOMEN'S DEVELOPMENT CORP., and H. REED COSPER, in his capacity as MENTAL HEALTH ADVOCATE FOR THE STATE OF RHODE ISLAND,

*Plaintiffs,*

vs.

C.A. No. 07-454ML

THE TOWN OF HOPKINTON; VINCENZO CORDONE, individually and in his capacity as President of the Hopkinton Town Council; BEVERLY KENNEY, individually and in her capacity as Vice President of the Hopkinton Town Council; THOMAS E. BUCK, individually and in his capacity as a Member of the Hopkinton Town Council; SYLVIA K. THOMPSON, individually and in her capacity as a Member of the Hopkinton Town Council; and BARBARA A. CAPALBO, individually and in her capacity as a Member of the Hopkinton Town Council.

*Defendants.*

**STIPULATION**

It is agreed by the parties that the defendants may have up to and including January 18, 2008, within which to respond to the plaintiffs' complaint.

Plaintiffs,
By their Attorney,

*/s/ Douglas Emanuel*
Douglas J. Emanuel, Esq. (#5176)
Chace, Ruttenberg & Freeman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
demanuel@crfllp.com

Defendants,
By their Attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

and,

*/s/ Patricia Buckley*
Patricia A. Buckley, Esq. (#2987)
Carroll Kelly & Murphy
400 Turks Head Building
Providence, RI 02903
(401) 331-7272
pbuckley@ckmlaw.com