UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SOUTH SHORE MENTAL HEALTH CENTER, INC., WOMEN'S DEVELOPMENT CORP., and H. REED COSPER, in his capacity as MENTAL HEALTH ADVOCATE FOR THE STATE OF RHODE ISLAND, *Plaintiffs,* vs. THE TOWN OF HOPKINTON; VINCENZO CORDONE, individually and in his capacity as President of the Hopkinton Town Council; BEVERLY KENNEY, individually and in her capacity as Vice President of the Hopkinton Town Council; THOMAS E. BUCK, individually and in his capacity as a Member of the Hopkinton Town Council; SYLVIA K. THOMPSON, individually and in her capacity as a Member of the Hopkinton Town Council; and BARBARA A. CAPALBO, individually and in her capacity as a Member of the Hopkinton Town Council. *Defendants.* | C.A. No. 07-454ML |

**ENTRY OF APPEARANCE**

I, Michael A. DeSisto, (#2444), hereby enter my appearance in the above-captioned matter on behalf of the defendants, The Town of Hopkinton, Vincenzo Cordone, Beverly Kenney, Thomas E. Buck, Sylvia K. Thompson and Barbara A. Capalbo.

Defendants,
The Town of Hopkinton, Vincenzo Cordone,
Beverly Kenney, Thomas E. Buck, Sylvia K.
Thompson and Barbara A. Capalbo,
By their attorney,

/s/ *Michael A. DeSisto*

Michael A. DeSisto, (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 17th day of January, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

demanuel@crfllp.com

pbuckley@ckmlaw.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto