***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

SOUTH SHORE MENTAL
HEALTH CENTER, INC., et al.

v. Civil Action No. 07-454-ML

THE TOWN OF HOPKINTON; et al.

***STIPULATION***

In the above-entitled matter, the parties agree that the following entry may be made:

The time within which the plaintiffs may file a memorandum in opposition to the defendants' Motion to Dismiss is extended through and including Tuesday, February 19, 2008.

SOUTH SHORE MENTAL HEALTH
CENTER, INC., et al.
By their attorney,

s/ Douglas J. Emanuel

______________________________

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: February 4, 2008

THE TOWN OF HOPKINTON, et al.
By their attorneys,

s/ Marc DeSisto

______________________________

Marc DeSisto (2757)
Michael A. DeSisto (2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Tel.: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

s/ Patricia A. Buckley

______________________________

Patricia A. Buckley (2987)
CARROLL KELLY & MURPHY
400 Turks Head Building
Providence, RI 02903
Tel.: (401) 331-7272
Fax: (401) 331-4404
Email: pbuckley@ckmlaw.com

SO ORDERED:

______________________________

The Honorable Mary Lisi, U.S.D.J.
Dated: February __, 2008