RECEIVED
JAN 3 1994

**AMENDMENT TO AGREEMENT**

That certain Agreement by and between the Town of Richmond, Rhode Island ("Richmond") and the Town of Hopkinton, Rhode Island ("Customer") dated July 9, 1991, and providing for the furnishing and delivery of potable water by Richmond to Customer is hereby amended as follows:

1. Paragraph 1 is amended to read as follows:

> 1. Richmond agrees to furnish and deliver potable water to Customer, at a meter location on Route 138 at the Richmond/Hopkinton Town line. The water so provided shall service a maximum of 67 users through a 3/4" meter within the Wastewater Management District designated by Customer as comprising the Hope Valley System and listed by plot and lot number in Exhibit A, attached hereto and incorporated herein and the Hope Valley School. **The use of meters in excess of 3/4" is permitted, subject to the approval of the Manager pursuant to the Richmond Water Supply Regulations. All references to a 3/4" meter in this agreement shall mean "Service Pipe Size 3/4"; Meter Size 5/8"" as set forth in the said Richmond Water Supply Regulations.** 67 users

2. Paragraph 5 (a) is amended to read as follows:

> (a) An annual service fee of $7,000.00 shall be charged annually for the first five (5) years of this agreement, except as otherwise provided herein. Such fee shall be full payment for the meter fee and the base water allocation. Whatever payment is made by Customer toward the "back-up" well installation as provided in Paragraph 4, above, shall be credited annually toward said annual service fee at the rate of $7,000.00 per year until the amount so paid is totally credited. (i.e., if the payment made is $49,000.00, then in that event, the annual fee shall be deemed paid for a period of seven years.)
>
> After the conclusion of the first five (5) years of this agreement or the total application of the above described credit, whatever occurs later, the annual

fee shall be a rate proportional to that of the base service fee charged by Richmond to its residential customers services with a 3/4" meter **or meter in excess of 3/4" where applicable.** Customer's annual service fee shall be calculated as the product determined by multiplying the annual Richmond residential service fee (3/4" meter service **where applicable**) by 0.34 and multiplying the product by 257. The fee shall be determined by Richmond. The initial service fee shall be due in full within seven (7) days of Customer initially activating its water system and each year thereafter on the anniversary of this agreement.

The base water allocation shall be determined by the number of customer meters installed by the Customer multiplied by 30,000 gallons. The base allocation shall be determined by written documentation of the number and location of meters installed by the Customer on a quarterly basis. The Customer base allocation shall be based on the most recent quarterly meter report.

3. Paragraph 6 is amended to read as follows:

6. Any water distribution installation, the water use of which is intended for purposes other than domestic consumption, shall first require approval in writing from the Town of Richmond, which approval the Town of Richmond shall not unreasonably withhold. The Town of Richmond approves installation to the properties listed in Exhibit A, provided 3/4" meter is used or, **meters in excess of 3/4" if approved by the Manager pursuant to the Richmond Water Supply Regulations;** and also approves installation to the Hope Valley School, provided however, that metering and service to Hope Valley School shall not be used in the determination of the base allocation. Distribution installations for the purpose of providing fire protection shall be subject to the initial meter charges and annual maintenance fees determined from time to time by the Richmond Water Board at the same rates as they apply in Richmond, provided, however, in no case shall such installations be used in the determination of the base allocation.

4. Exhibit A to the Agreement is amended to include the following parcels of real property:

Hopkinton Tax Assessor's Map 27
Lot 55
Lot 100;

upon the inclusion of said parcels by the Town of Hopkinton within its Waste Water Management District.

5. In all other respects, said Agreement shall remain in full force and effect.

Attest: Patricia A. Vallerie

12/2/93

Dated:

Town of Richmond

[signature]

By:
its ____________________,
duly authorized

Attest: Jessarita F. Aldrich, CMC

12-22-1993

Dated:

Town of Hopkinton

[signature]

By:
its ____________________,
duly authorized