# COMPREHENSIVE PERMIT PLAN SUBMISSION

FOR

# "WOOD RIVER VILLAGE" PLAT 28 LOT 122

IN

HOPKINTON, RHODE ISLAND

OWNER
KEVRON, LLC.
P.O. BOX 844
HOPE VALLEY, RHODE ISLAND 02832

APPLICANTS/DEVELOPERS
WOMENS DEVELOPMENT CORPORATION, SOUTH SHORE MENTAL HEALTH CENTER, INC.
AND WOOD RIVER VILLAGE, LLC
861A BROAD STREET
PROVIDENCE, RHODE ISLAND 02907

PREPARED BY:
COMMONWEALTH
ENGINEERS & CONSULTANTS, INC.
400 SMITH STREET
PROVIDENCE, RHODE ISLAND 02908
(401) 273-6600
AUGUST, 2005

Steven M. Clarke — REGISTERED PROFESSIONAL ENGINEER

CURT A. NUNES — PROFESSIONAL LAND SURVEYOR




LOCUS MAP — SCALE: NOT TO SCALE

LIST OF DRAWINGS
1. TITLE SHEET
2. VICINITY MAP
3. 500' ABUTTERS RADIUS MAP
4. EXISTING CONDITIONS PLAN
5. SITE ANALYSIS PLAN & SOILS MAP
6. ADMINISTRATIVE SUBDIVISION PLAN
7. LOT LAYOUT PLAN
8. UTILITY PLAN
9. GRADING PLAN
10. LANDSCAPING PLAN

ZONING CLASSIFICATION:
RFR-80 RURAL, FARMING, RESIDENTIAL

MINIMUM SETBACK REQUIREMENTS:

| | |
|---|---|
| FRONT: | 60 FT |
| SIDE: | 40 FT |
| REAR: | 50 FT |
| MINIMUM LOT AREA: | 80,000 S.F. |
| MINIMUM LOT WIDTH: | 225 FT |
| BUILDING HEIGHT: | 40 FT |

CLUSTER DEVELOPMENT:

DUPLEX

| | |
|---|---|
| FRONT: | *25 FT |
| SIDE: | *15 FT |
| REAR: | *40 FT |
| MINIMUM LOT AREA: | *40,000 S.F. |
| MINIMUM LOT WIDTH: | 40 FT |
| BUILDING HEIGHT: | 35 FT |

MULTI-FAMILY

| | |
|---|---|
| FRONT: | *25 FT |
| SIDE: | *15 FT |
| REAR: | *40 FT |
| MINIMUM LOT AREA: | *60,000 S.F. |
| MINIMUM LOT WIDTH: | 100 FT |
| BUILDING HEIGHT: | 35 FT |

* RELIEF REQUESTED

PROJECT DATA:

| | |
|---|---|
| PLAT: 28 | LOT: 122 |
| NUMBER OF LOTS: | 8 |
| TOTAL LOT AREA:: | 207,486 S.F. 4.76 Ac. |
| TOTAL OPEN SPACE AREA:: | 117,654± S.F. 2.7 ±Ac. |
| TOTAL LENGTH OF ROAD PROPOSED | 846 L.F. |
| TOTAL ROAD AREA: (INLCUDING SIDEWALK) | 25,380 S.F. .58 Ac. |
| TOTAL AREA: | 345,866 S.F. 7.94 Ac. |

CE&C PROJECT NO. 05025.00


TOWN OF HOPKINTON
TOWN OF RICHMOND
WOOD RIVER
OPEN SPACE
LOT 1
LOT 2
LOT 3
LOT 4
LOT 5
LOT 8
BANK STREET
MAIN STREET
ZONE RFR-80
ZONE R-1
GRAPHIC SCALE
COMMONWEALTH
COMPREHENSIVE PERMIT PLAN SUBMISSION
"WOOD RIVER VILLAGE"
PLAT 28 LOT 122
LOT LAYOUT
LOT SUMMARY
ZONING CLASSIFICATION
PLAN REFERENCES
PLAN NOTES
LEGEND