# UTILITY EASEMENT

**AGREEMENT** made this 3RD day of July, 2007 by and among Kevin N. McDonald, a Rhode Island resident, with an address of P.O. Box 844, Hope Valley, Rhode Island 02832, and his successors, assigns and designees (hereinafter referred to as "Grantor(s)") and Bank Street Holding, LLC, a Rhode Island limited liability company, having an address located at 95 Main Street, Ashaway, RI 02804, and its agents, successors, assigns and designees (hereinafter referred to as "Grantee(s)").

## WITNESSETH:

**WHEREAS**, Grantor is the owner of a certain parcel of real estate located in the Town of Hopkinton, State of Rhode Island described as Assessor's Plat 28, Lot 141 and depicted as **Parcel A** on a site plan entitled "Utility Easement on A.P. 28 Lot 141, Main Street (Route 138) in Hopkinton, Rhode Island", prepared by Commonwealth Engineers & Consultants, Inc., dated 6/5/07, a copy of which is attached hereto and incorporated by reference herein.

**WHEREAS**, Grantee is the owner of a certain parcel of real estate located in the Town of Hopkinton, State of Rhode Island described as Assessor's Plat 28, Lot 122 and referred to as **Parcel B** on a site plan entitled "Utility Easement on A.P. 28 Lot 141, Main Street (Route 138) in Hopkinton, Rhode Island", prepared by Commonwealth Engineers & Consultants, Inc., dated 6/5/07, a copy of which is attached hereto and incorporated by reference herein.

**WHEREAS**, the parties hereto desire to establish a permanent and perpetual easement for any and all above or underground utility purposes including but not limited to utility lines and structures for water, sewer, gas, electric, telephone, cable, internet, etc., over, under and through that certain portion of **Parcel A**, as specifically described in **Exhibit A**, attached hereto and made a part hereof ("Easement Area") for the benefit and use of the owners of **Parcel B**.

**WHEREAS**, the parties hereto understand and acknowledge that the Hopkinton Planning Board has granted preliminary approval for the development of thirty (30) residential housing units to be constructed on **Parcel B** and that the utility easement granted herewith will be used by and for the benefit of the residents of said development, and their agents, successors, assigns, designees, guests, visitors, and invitees.

**NOW THEREFORE**, in consideration of the mutual promises and agreements contained herein and for one dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned parties, for themselves, their heirs, executors, administrators, successors, assigns, and designees hereby covenant and agree as follows:

Grantor hereby grants to Grantee and its heirs, executors, administrators, agents, servants, employees, successors, assigns, designees, guests, visitors, and invitees a permanent and perpetual easement for the purposes of construction, reconstruction, maintenance and repair of any and all above and/or underground utilities including but not limited to utility lines and structures for water, sewer, gas, electric, telephone, cable, internet, etc. over, under and through

the real estate described in **Exhibit A** attached hereto and incorporated herein by reference (hereinafter referred to as the "Easement Area"), for the benefit of **Parcel B**.

The "Easement Area" shall remain the property of the Grantors, their successors and assigns and said Grantors, their successors and assigns, shall maintain the Easement Area as a lawn or landscape area and/or an improved pedestrian sidewalk and shall pay all applicable taxes assessed therein.

The utility easement granted herewith is for the benefit of and use by the owners of **Parcel B**, Grantees, their heirs, executors, administrators, agents, servants, employees, successors, assigns, designees, guests, visitors, and invitees, and may be used for any and all above or underground utility purposes including but not limited to water, sewer, gas, electric, telephone, cable, internet, etc., and access to and from said utility structures, utility line channels and appurtenances as necessary to maintain and replace the aforementioned above or underground utility, utility line channels, utility line structures or facilities.

No party shall take or permit any action on the Easement Area described in **Exhibit A** which would unreasonably impede or prevent access, including, without limitation, constructing fences or erecting obstructions on the Easement Area described in **Exhibit A**.

Grantee shall be exclusively responsible for all maintenance, repair and replacement costs incurred in keeping the Easement Area in good repair for the intended use and for the full amount of all cost incurred.

Grantee is herewith specifically granted the right to enter upon the Easement Area to excavate and to make and do such needed maintenance, repairs, replacements, and upkeep work ('Easement Work") in the Easement Area, as Grantee may deem appropriate and necessary without prior approval of the Grantor. The rights granted to Grantee herein shall in all instances be construed to include Grantee's agents, servants, and employees, and the right to bring into the Easement Area such machinery and equipment as Grantee shall require to maintain and/or restore the utility easement to the appropriate condition for the use and purpose intended. However, upon the completion of any and all maintenance, repairs, replacements and upkeep work in the Easement Area, the Grantee shall restore said Easement Area to the same condition as said Easement Area was prior to any and all Easement Work.

Grantee agrees to indemnify and to hold the Grantor, its successors and assigns harmless from and against any and all liability for personal injury or property damage when such injury shall result from, arise out of, or be attributable to any construction, use, maintenance or repair of any above or underground utility system, utility line channels, utility line structures or facilities.

Grantor hereby agree to execute any and all other instruments and documents including but not limited to any specific easement instrument required by the Grantee, any utility company, utility agency or governmental subdivision to construct, install and maintain said utility easement.

Said utility system, utility structures, utility line channels and appurtenances shall remain the property of the Grantee.

The covenants, conditions, terms and provisions of this easement agreement shall inure to the benefit of and be binding upon the parties hereto, their respective heirs, executors, administrators, successors, and assigns.

This utility easement is a covenant which shall at all times be deemed a permanent and perpetual easement that runs with the land.

**IN WITNESS WHEREOF**, the parties hereto have set their hands and seals this 3 day of July, 2007.

Kevin N. McDonald

Name:

STATE OF RHODE ISLAND
County of ~~KENT~~ WASHINGTON

In NARRAGANSETT, in said County and State, on the 3 day of JULY, 2007, before me personally appeared the within-named Kevin N. McDonald, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed.

Notary Public: /207
My Commission Expires: 8/21/2009

Bank Street Holding, LLC

Name:

STATE OF RHODE ISLAND
County of WASHINGTON

In NARRAGANSETT, in said County and State, on the 3 day of JULY, 2007, before me personally appeared the within-named Kevin N. McDonald to me known and known by me to be the Member of Bank Street Holding, LLC, and the party executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed in such capacity and individually and the free act and deed of Bank Street Holding, LLC.

Notary Public: 207
My Commission Expires: 8/21/09

BOOK 455 PAGE 143

**Legal Description**
**Utility Easement (Exhibit A)**
**Assessor's Plat 28, Lot 141**
**Hopkinton, Rhode Island**
**CE&C Project No. 05025.00**

Beginning at a point on the northwesterly side of Main Street at the southeasterly corner of the herein described Exhibit A, as shown on plan entitled "Utility Easement on A.P. 28 Lot 141, Main St. (Route 138)" in Hopkinton, Rhode Island, Scale 1"=10', Sheet No. 1 of 1, Dated 6/5/07, prepared by Commonwealth Engineers & Consultants, Inc., said point being the point and place of beginning;

Thence running S55°48'52"W along the northwesterly side of Main Street for a distance of eighteen and 00/100 feet (18.00') to a corner;

Thence running N30°55'07"W across A.P. 28 Lot 141 for a distance of fifty and 85/100 feet (50.85') to a point.

Thence running S55°48'52"W across A.P. 28 Lot 141 for a distance of two and 03/100 feet (2.03') to a point;

Thence running N30°55'07"W across A.P. 28 Lot 141 for a distance of ninety-four and 02/100 feet (94.02') to a point;

Thence running N56°03'30"E for a distance of twenty and 03/100 feet (20.03') along the northwesterly property line of A.P. 28 Lot 141, bounded northwesterly by A.P. 28 Lot 122 to a stone bound found at a corner;

Thence running S30°55'07"E for a distance of one hundred forty-four and 79/100 feet (144.79') along the northeasterly property line of A.P. 28 Lot 141, bounded northeasterly by A.P. 28 Lot 142 to the point and place of beginning.

The above-described area comprises a Utility Easement (Exhibit A) interior to A.P. 28 Lot 141 and contains 2,793.39 square feet of land.

BOOK 455 PAGE 744




Received for Record, Hopkinton, RI 7-16-2007
at 11:46 o'clock A m. Recorded in Book 455 page 739
of the Land Evidence Records
Elizabeth J. Cook-Martin - Witness Town Clerk

# RIGHT OF WAY EASEMENT

**AGREEMENT** made this 3RD day of July, 2007 by and among Kevin N. McDonald, a Rhode Island resident, with an address of P.O. Box 844, Hope Valley, Rhode Island 02832, and his successors, assigns and designees (hereinafter referred to as "Grantor(s)") and Bank Street Holding, LLC, a Rhode Island limited liability company, having an address located at 95 Main Street, Ashaway, RI 02804, and its agents, successors, assigns and designees (hereinafter referred to as "Grantee(s)").

## WITNESSETH:

**WHEREAS**, Grantor is the owner of a certain parcel of real estate located in the Town of Hopkinton, State of Rhode Island described as Assessor's Plat 28, Lot 141 and depicted as **Parcel A** on a site plan entitled "Right of Way Easement on A.P. 28 Lot 141, Main Street (Route 138) in Hopkinton, Rhode Island", prepared by Commonwealth Engineers & Consultants, Inc., dated 6/5/07, a copy of which is attached hereto and incorporated by reference herein.

**WHEREAS**, Grantee is the owner of a certain parcel of real estate located in the Town of Hopkinton, State of Rhode Island described as Assessor's Plat 28, Lot 122 and referred to as **Parcel B** on a site plan entitled "Right of Way Easement on A.P. 28 Lot 141, Main Street (Route 138) in Hopkinton, Rhode Island", prepared by Commonwealth Engineers & Consultants, Inc., dated 6/5/07, a copy of which is attached hereto and incorporated by reference herein.

**WHEREAS**, the parties hereto desire to establish a permanent and perpetual non-exclusive right of way easement for the purpose of pedestrian travel and passage over and across that certain portion of **Parcel A**, as specifically described in **Exhibit A**, attached hereto and made a part hereof ("Easement Area") for the benefit of **Parcel B**.

**WHEREAS**, the parties hereto understand and acknowledge that the Hopkinton Planning Board has granted preliminary approval for the development of thirty (30) residential housing units to be constructed on **Parcel B** and that the right of way easement granted herewith will be used by and for the benefit of the residents of said development, and their agents, successors, assigns, designees, guests, visitors, and invitees.

**NOW THEREFORE**, in consideration of the mutual promises and agreements contained herein and for one dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned parties, for themselves, their heirs, executors, administrators, successors, assigns, and designees hereby covenant and agree as follows:

Grantor hereby grants to Grantee and its heirs, executors, administrators, agents, servants, employees, successors, assigns, designees, guests, visitors, and invitees a permanent and perpetual non-exclusive right of way easement for the purposes of pedestrian travel and passage over and across the real estate described in **Exhibit A** attached hereto and incorporated herein by reference (hereinafter referred to as the "Easement Area") for the benefit of **Parcel B**.

BOOK 455 PAGE 146

The "Easement Area" shall remain the property of the Grantor, their successors and assigns and said Grantor, their successors and assigns, shall maintain the Easement Area as a lawn or landscape area and/or an improved pedestrian sidewalk and shall pay all applicable taxes assessed therein.

The right of way easement granted herewith is for the benefit of **Parcel B** and use by Grantee, their heirs, executors, administrators, agents, servants, employees, successors, assigns, designees, guests, visitors, and invitees, to be used for the purpose of non-exclusive pedestrian travel and passage over and across the Easement Area.

No party shall take or permit any action on the Easement Area described in **Exhibit A** which would unreasonably impede or prevent access, including, without limitation, constructing fences or erecting obstructions on the area described in **Exhibit A**.

Grantee shall be exclusively responsible for all maintenance, repair and replacement costs incurred in keeping the Easement Area in good repair for the intended use and for the full amount of all cost incurred.

Grantee is herewith specifically granted the right to enter upon the Easement Area to excavate and to make and do such needed maintenance, repairs, replacements, and upkeep work ('Easement Work") in the Easement Area, as Grantee may deem appropriate and necessary without prior approval of the Grantor. The rights granted to Grantee herein shall in all instances be construed to include Grantee's agents, servants, and employees, and the right to bring into the Easement Area such machinery and equipment as Grantee shall require to maintain and/or restore the right of way easement to the appropriate condition for the use and purpose intended. However, upon the completion of any and all maintenance, repairs, replacements and upkeep work in the Easement Area, the Grantee shall restore said Easement Area to the same condition as said Easement Area was prior to any and all Easement Work.

Grantee is herewith specifically granted the right to construct and/or reconstruct, a five foot (5') sidewalk within the Easement Area described in **Exhibit A** and shall maintain the five foot (5') sidewalk in good condition and repair including snow removal. Grantee shall also have a temporary construction and maintenance easement over and across **Parcel A** for the purpose of construction and maintenance of the five foot (5') sidewalk within the areas described in **Exhibit A**. However, the construction and/or maintenance of the five foot (5') sidewalk shall not impair the ability of the owners of **Parcel A** to gain access to their property and use the same in accordance with this right of way easement. All material used to construct this five foot (5') sidewalk shall be selected by Grantee in its sole and absolute discretion.

Grantee agrees to indemnify and to hold the owners of **Parcel A** harmless from and against any and all liability for personal injury or property damage when such injury shall result from, arise out of, or be attributable to any construction, reconstruction, use, maintenance or repair of the five foot (5') sidewalk within the Easement Area described in **Exhibit A**.

The Grantee shall maintain comprehensive general liability insurance covering bodily injury and property damage for any and all claims that shall result from, arise out of, or be

attributable to any use of the five foot (5') sidewalk within the Easement Area described in **Exhibit A**. This comprehensive general liability insurance shall be issued by insurance companies authorized to do business in the State of Rhode Island with an A.M. BEST financial rating of A- or better having minimum limits of coverage of One Million Dollars and 00/100 ($1,000,000.00). The owners of **Parcel A** shall be named as additional named insured's thereunder. The Grantee shall, upon request, deliver to the owners of **Parcel A** certificates of such insurance certifying that the same is in full force and effect and that the owners of **Parcel A** will be notified prior to coverage being cancelled, non-renewed or modified. The limits of such general liability insurance will be renewed annually and increased if independent insurance advisors selected by the owners of **Parcel A** so advise.

The covenants, conditions, terms and provisions of this easement agreement shall inure to the benefit of and be binding upon the parties hereto, their respective heirs, executors, administrators, successors, and assigns.

This declaration of a right of way easement is a covenant which shall at all time be deemed a permanent and perpetual easement that runs with the land.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals this 3 day of JULY, 2007.

Kevin N. McDonald

Name:

STATE OF RHODE ISLAND
County of WASHINGTON

In NARRAGANSETT, in said County and State, on the 3 day of JULY, 2007, before me personally appeared the within-named Kevin N. McDonald, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed.

Notary Public:# 207
My Commission Expires: 8/21/2009

Bank Street Holding, LLC

Name:

STATE OF RHODE ISLAND
County of WASHINGTON

In NARRAGANSETT, in said County and State, on the 3 day of JULY, 2007, before me personally appeared the within-named Kevin N. McDonald, to me known and known by me to be the Member of Bank Street Holding, LLC, and the party executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed in such capacity and individually and the free act and deed of Bank Street Holding.

Notary Public: #207
My Commission Expires: 8/21/2009

**Legal Description**
**Right of Way Easement (Exhibit A)**
**Assessor's Plat 28, Lot 141**
**Hopkinton, Rhode Island**
**CE&C Project No. 05025.00**

---

Beginning at a point on the northwesterly side of Main Street at the southeasterly corner of the herein described Exhibit A, as shown on plan entitled "Right of Way Easement on A.P. 28 Lot 141, Main St. (Route 138)" in Hopkinton, Rhode Island, Scale 1"=10', Sheet No. 1 of 1, Dated 6/5/07, prepared by Commonwealth Engineers & Consultants, Inc., said point being the point and place of beginning;

Thence running S55°48'52"W along the northwesterly side of Main Street for a distance of eighteen and 00/100 feet (18.00') to a corner;

Thence running N30°55'07"W across A.P. 28 Lot 141 for a distance of fifty and 85/100 feet (50.85') to a point.

Thence running S55°48'52"W across A.P. 28 Lot 141 for a distance of two and 03/100 feet (2.03') to a point;

Thence running N30°55'07"W across A.P. 28 Lot 141 for a distance of ninety-four and 02/100 feet (94.02') to a point;

Thence running N56°03'30"E for a distance of twenty and 03/100 feet (20.03') along the northwesterly property line of A.P. 28 Lot 141, bounded northwesterly by A.P. 28 Lot 122 to a stone bound found at a corner;

Thence running S30°55'07"E for a distance of one hundred forty-four and 79/100 feet (144.79') along the northeasterly property line of A.P. 28 Lot 141, bounded northeasterly by A.P. 28 Lot 142 to the point and place of beginning.

The above-described area comprises a Utility Easement (Exhibit A) interior to A.P. 28 Lot 141 and contains 2,793.39 square feet of land.

BOOK 455 PAGE 150




Received for Record, Hopkinton, RI 7-16-2007
at 11:47 o'clock Am. Recorded in Book 455 page 745
of the Land Evidence Records
Elizabeth J. Cook-Martin - Witness Town Clerk