
SQUARE ST.
BRIDGE ST.
SITE
AP 28
LOT 122
TOWN OF HOPKINTON
TOWN OF RICHMOND
WOOD RIVER
MAIN STREET
WOOD RIVER
OWNER:
KEVRON, LLC.
P.O. BOX 844
HOPE VALLEY, RHODE ISLAND 02832
APPLICANT/DEVELOPER:
WOMENS DEVELOPMENT CORPORATION,
SOUTH SHORE MENTAL HEALTH CENTER, INC.
AND WOOD RIVER VILLAGE, LLC.
861A BROAD STREET
PROVIDENCE, RHODE ISLAND 02907
Steven M. Clarke
No. 4477
REGISTERED
PROFESSIONAL ENGINEER
COMMONWEALTH
ENGINEERS & CONSULTANTS, INC.
400 SMITH STREET
PROVIDENCE, RHODE ISLAND 02908
REVISIONS
No. DATE DRWN CHKD
1 8/8/07 DMS AJM
FINAL PLAN SUBMISSION
for
"WOOD RIVER VILLAGE"
PLAT 28 LOT 122
in
HOPKINTON, RHODE ISLAND
500' ABUTTERS RADIUS MAP
SCALE: 1"=100'
SHEET NO: 3 of 17
DRAWN BY: DMS
DESIGN BY: TJP
CHECKED BY: SMC
DATE: 4/20/07
PROJECT NO.: 05025.00
GRAPHIC SCALE
100 0 50 100 200 400
(IN FEET)
1 INCH = 100 FEET